ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, SENNA JABER HWEIH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  1:13-CR-00103-AWI/BAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ***AMENDED* STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| SENNA JABER HWEIH and ALI NABIL MOSARAH, | ) | |
| Defendants. | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status hearing currently calendared for May 13, 2013 be continued to June 10, 2013 at 1:00 p.m. to allow sufficient time for the government to provide additional discovery consisting of reports and 31 CDs of recordings of intercepted telephone conversations.

It is anticipated that the additional time will be sufficient to allow defense counsel to obtain the additional discovery from the government and/or Maximus and to undertake review the discovery provided by the government.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  May 9, 2013         /s/ Laurel Montoya
                            LAUREL MONTOYA
                            Assistant United States Attorney
                            **This was agreed to by Ms. Montoya via email on May 8, 2013**

1

1 | DATED: May 9, 2013

/s/ Roger Wilson
ROGER WILSON
Attorney for Defendant Ali Nabil Mosarah
**This was agreed to by Mr. Wilson via telephone on May 8, 2013**

5 | DATED: May 9, 2013

/s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
SENNA JABER HWEIH

IT IS SO ORDERED.

**Dated:   May 9, 2013**         **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE