ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, SENNA JABER HWEIH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00103-AWI/BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| SENNA JABER HWEIH and ALI NABIL MOSARAH, | |
| Defendants. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status hearing currently calendared for June 10, 2013 be continued to July 22, 2013 at 1:00 p.m.

The government has advised defense counsel that additional discovery, on 96 CDs is available at Maximus. Defense counsel is in the process of identifying the essential CDs relating to each of their clients, and will order the appropriate CDs. The agreed upon continuance will afford defense counsel an opportunity to review the discovery obtained from Maximus.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: June 6, 2013         /s/ Laurel Montoya
                            LAUREL MONTOYA
                            Assistant United States Attorney
                            **This was agreed to by Ms. Montoya via email on June 6, 2013**

1

1 | DATED: June 6, 2013 | /s/ Roger Wilson
2 | | ROGER WILSON
  | | Attorney for Defendant Ali Nabil Mosarah
3 | | **This was agreed to by Mr. Wilson via telephone on June 6, 2013**
4 |
5 | DATED: June 6, 2013 | /s/ Roger K. Litman
  | | ROGER K. LITMAN
6 | | Attorney for Defendant
  | | SENNA JABER HWEIH

IT IS SO ORDERED.

**Dated:   June 6, 2013**           **/s/ Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE