ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, SENNA JABER HWEIH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SENNA JABER HWEIH and<br>ALI NABIL MOSARAH,<br><br>    Defendants. | CASE NO. 1:13-CR-00103-AWI/BAM<br><br>**DECLARATION OF ROGER K. LITMAN IN SUPPORT OF REQUEST FOR ORDER EXCUSING PERSONAL PRESENCE OF DEFENDANT**; **ORDER** |

Roger K. Litman declares:

1. I am the attorney of record for defendant Senna Hweih in this matter. I have personal knowledge regarding all facts set forth in this declaration. If called as a witness, I could competently testify to each such fact.

2. This matter is calendared for a status conference on July 22, 2013 at 1:00 p.m. I have been attempting to obtain input from all counsel sufficient to permit submission of a stipulation to continue status conference. As of the time of the dictation of this request to excuse my client from appearing personally, I am unable to submit such a stipulation.

3. The status conference will, in my professional opinion, be continued to a future date to afford defense counsel sufficient opportunity to prepare to effectively represent their clients.

4. In my professional opinion, the primary impediment to earlier

1

completion of defense preparation is the availability of 96 CDs of evidence at Maximus.  In checking with Maximus, I learned that the cost for me to purchase all 96 CDs is $1,382.58.

5.   I have, without success, assigned my investigator in this matter to attempt to determine, through Maximus, where two specific phone calls are located within the 96 CDs.  I have also emailed the prosecutor in this matter, Assistant United States Attorney Laurel Montoya, requesting a specific disk number in order to avoid the expense and time which would result if I am forced to order all 96 CDs.

6.   I am informed and believe, and on the basis of such information and belief allege that, my client resides in Merced, California.  My client's presence in this matter will not assist me in representing her at the status conference.

7.   On July 18, 2013, I emailed Ms. Montoya seeking her position regarding this order excusing my client's presence at the status conference.  Ms. Montoya emailed me a response advising that she has no objection to the court excusing Ms. Hweih from appearing at the status conference on July 22, 2013.

8.   In addition, I am requesting that Ms. Hweih's appearance be waived at any and all non-substantive pretrial proceedings until further order of the court.

9.   At all times since she became my client, Ms. Hweih has been extremely cooperative with me and has maintained regular telephone contact with me.

10.   In light of the foregoing, I am respectfully requesting that the court excuse Ms. Hweih from appearing at the status conference on July 22, 2013 and at future, non-substantive pretrial proceedings until further order of the court.

///
///
///
///

I declare the foregoing to as true and correct, subject to the penalty of perjury under the laws of the United States of America.

Executed this 18th day of July, 2013 at Fresno, California.

Respectfully Submitted,

/s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
SENNA HWEIH

IT IS SO ORDERED that defendant SENNA JABER HWEIH appearance is waived for the Status Conference hearing on July 22, 2013 at 1:00 p.m. and at future, non-substantive pretrial proceedings before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **July 18, 2013**             /s/ **Barbara A. McAuliffe**
                                   UNITED STATES MAGISTRATE JUDGE