1   ROGER K. LITMAN, 57634
    Attorney at Law
2   Civic Center Square
    2300 Tulare Street, Suite 230
3   Fresno, California  93721
    Telephone:    (559) 237-6000
4   Facsimile:    (559) 233-6044

5   Attorney for Defendant, SENNA HWEIH

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,    )     CASE NO.  1:13-cr-00103-AWI-BAM
                                 )
11          Plaintiff,           )
                                 )     STIPULATION AND
12      v.                       )     ORDER TO
                                 )     MODIFY CONDITIONS OF
13  SENNA HWEIH,                 )     PRETRIAL RELEASE
                                 )
14          Defendant            )
    _____ )

15

16          The parties hereto, having conferred with, and obtained input from Ms. Hweih's assigned

17  pretrial services officer, Jacob Scott, stipulate and agree that the conditions of release ordered by

18  the court on March 7, 2013 be modified to permit Ms. Hweih to travel to the country of Jordan on

19  January 20, 2014 to return to the United States on February 25, 2014.

20          Upon the surrender to the clerk of this court by Ms. Hweih, the United States passports

21  issued to her children Mahde Moussarah and Lilyana Moussarah, the clerk of the court is ordered

22  to release to Ms. Hweih her United States passport for the purpose of allowing Ms. Hweih to

23  renew and utilize said passport to travel to and from the country of Jordan.

24

25          Ms. Hweih, during her travel, is to adhere to all directives of her Pretrial Services Officer,

26  to obey all laws and to provide her Pretrial Services Officer the address and a contact telephone

27  number where she can be reached during her stay in the country of Jordan.

28

                                        1

1    Upon her return to the United States, Ms. Hweih is to promptly report to pretrial services

2   and surrender her passport to the Clerk of the United States District Court, Eastern District of

3   California.  Upon doing so, the clerk shall return to Ms. Hweih the surrendered passports of her

4   children.

5

6   DATED:  January 15, 2014          /s / Laurel Montoya_____
                                      LAUREL MONTOYA
7                                     Assistant United States Attorney
                                      This was agreed to by Ms. Montoya
8                                     in person on January 13, 2014

9
    DATED:   January 15, 2014         /s/ Roger K. Litman_____
10                                    ROGER K. LITMAN
                                      Attorney for Defendant
11                                    SENNA HWEIH

12

13                                  **ORDER**

14

15   IT IS SO ORDERED.

16      Dated:  __**January 21, 2014**__          _____**/s/ Sheila K. Oberto**__
17                                      UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

                                        2