1  ROGER K. LITMAN, 57634
   Attorney at Law
2  Civic Center Square
   2300 Tulare Street, Suite 230
3  Fresno, California  93721
   Telephone:    (559) 237-6000
4  Facsimile:    (559) 233-6044

5  Attorney for Defendant, SENNA HWEIH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:13-cr-00103-AWI-BAM-1 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER TO |
| | ) | MODIFY CONDITIONS OF |
| SENNA HWEIH, | ) | PRETRIAL RELEASE |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

   The parties hereto, having conferred with, and obtained input from Ms. Hweih's assigned pretrial services officer, Jacob Scott, stipulate and agree that the conditions of release ordered by the court on March 7, 2013 be modified to permit Ms. Hweih to travel to the country of Jordan on February 24, 2014 to return to the United States on March 24, 2014.

   Upon the surrender to the clerk of this court by Ms. Hweih, the United States passports issued to her children Mahde Moussarah and Lilyana Moussarah, the clerk of the court is ordered to release to Ms. Hweih her United States passport for the purpose of allowing Ms. Hweih to renew and utilize said passport to travel to and from the country of Jordan.

   Ms. Hweih, during her travel, is to adhere to all directives of her Pretrial Services Officer, to obey all laws and to provide her Pretrial Services Officer the address and a contact telephone number where she can be reached during her stay in the country of Jordan.

1

Upon her return to the United States, Ms. Hweih is to promptly report to pretrial services and surrender her passport to the Clerk of the United States District Court, Eastern District of California. Upon doing so, the clerk shall return to Ms. Hweih the surrendered passports of her children.

This stipulation is filed due to the fact that the earlier stipulation to modify conditions of pretrial release was not approved by the court until after the tentative departure date arranged by Ms. Hweih. After consultation with the pretrial services officer, Ms. Hweih revised her travel plans to the current dates in order that her travel would be in accord with the order of this court.

Recently, defense counsel obtained copies of more than 90 CDs and DVDs which the government had deposited at Maximus. Due to the volume of the discovery, and other commitments of defense counsel, the defendants in this action anticipate that a stipulation will be submitted to afford defense counsel sufficient time to review said discovery. It is anticipated that defense counsel will require several months beyond March 10, 2014 to review the voluminous discovery provided by the government in this case.

DATED:  January 23, 2014        /s / Laurel Montoya
                                LAUREL MONTOYA
                                Assistant United States Attorney
                                This was agreed to by Ms. Montoya
                                by telephone on January 23, 2014

DATED:  January 23, 2014        /s/ Roger K. Litman
                                ROGER K. LITMAN
                                Attorney for Defendant
                                SENNA HWEIH

                                ORDER

IT IS SO ORDERED.

  Dated:  **January 23, 2014**              **/s/ Sheila K. Oberto**
                                UNITED STATES MAGISTRATE JUDGE

2