1   ROGER K. LITMAN, 57634
    Attorney at Law
2   Civic Center Square
    2300 Tulare Street, Suite 230
3   Fresno, California  93721
    Telephone:    (559) 237-6000
4   Facsimile:    (559) 233-6044

5   Attorney for Defendant, SENNA HWEIH

6

7               IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,    )      CASE NO.  1:13-CR-00103-1 AWI/BAM
                                 )
11          Plaintiff,           )
                                 )      STIPULATION AND
12      v.                       )      ORDER TO
                                 )      MODIFY CONDITIONS OF
13  SENNA HWEIH,                 )      PRETRIAL RELEASE
                                 )
14          Defendant            )
    _____)

15

16          The parties hereto, having conferred with, and obtained input from Ms. Hweih's assigned

17  pretrial services officer, Jacob Scott, stipulate and agree that the conditions of release ordered by

18  the court on March 7, 2013 be modified to permit Ms. Hweih to travel to the country of Jordan on

19  February 24, 2014 to return to the United States on March 24, 2014.

20          Upon the surrender to the clerk of this court by Ms. Hweih, the United States passports

21  issued to her children Mahde Moussarah, Passport No. 482679690 and Lilyana Moussarah,

22  Passport No. 431448732, the clerk of the court is ordered to release to Ms. Hweih her United

23  States Passport No. 431877599 in the name of Senna Moussarah, for the purpose of allowing Ms.

24  Hweih to renew and utilize said passport to travel to and from the country of Jordan.

25

26          Ms. Hweih, during her travel, is to adhere to all directives of her Pretrial Services Officer,

27  to obey all laws and to provide her Pretrial Services Officer the address and a contact telephone

28

                                            1

number where she can be reached during her stay in the country of Jordan.

Upon her return to the United States, Ms. Hweih is to promptly report to pretrial services and surrender her passport to the Clerk of the United States District Court, Eastern District of California.  Upon doing so, the clerk shall return to Ms. Hweih the surrendered passports of her children.

This stipulation is filed due to the fact that the earlier stipulation to modify conditions of pretrial release was not approved by the court until after the tentative departure date arranged  by Ms. Hweih.  After consultation with the pretrial services officer, Ms. Hweih revised her travel plans to the current dates in order that her travel would be in accord with the order of this court.

Recently, defense counsel obtained copies of more than 90 CDs and DVDs which the government had deposited at Maximus.  Due to the volume of the discovery, and other commitments of defense counsel, the defendants in this action anticipate that a stipulation will be submitted to afford defense counsel sufficient time to review said discovery.  It is anticipated that defense counsel will require several months beyond March 10, 2014 to review the voluminous discovery provided by the government in this case.

DATED:  February 5, 2014

/s / Laurel Montoya
LAUREL MONTOYA
Assistant United States Attorney
This was agreed to by Ms. Montoya
by telephone on February 5, 2014

DATED:  February 5, 2014

/s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
SENNA HWEIH

IT IS SO ORDERED.

Dated:   **February 5, 2014**                              **/s/ Sheila K. Oberto**
                                                                        UNITED STATES MAGISTRATE JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28