1  ROGER K. LITMAN, 57634
   Attorney at Law
2  Civic Center Square
   2300 Tulare Street, Suite 230
3  Fresno, California  93721
   Telephone:     (559) 237-6000
4  Facsimile:     (559) 233-6044

5  Attorney for Defendant, SENNA HWEIH

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,   )   CASE NO.  1:13-cr-00103 AWI/BAM
                               )
11       Plaintiff,             )
                               )   STIPULATION AND
12    v.                        )   ORDER TO
                               )   CONTINUE STATUS CONFERENCE
13 SENNA HWEIH,                 )
                               )
14       Defendant              )
   _____)

15

16      The parties hereto, by and through their respective attorneys, stipulate and agree that the

17 status hearing calendared for March 10, 2014 be continued to June 23, 2014 at 1:00 p.m. before

18 the Honorable Barbara A. McAuliffe.

19      The additional time encompassed within the stipulation of the parties is anticipated to be

20 sufficient to permit the defense to review the 21 CDs and 71 DVDs received in discovery.

21      The parties also agree that any delay resulting from this continuance shall be excluded in

22 the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

23

24 DATED: March 5, 2014              /s / Laurel Montoya
                                     LAUREL MONTOYA
25                                   Assistant United States Attorney
                                     This was agreed to by Ms. Montoya,
26                                   in person, on March 4, 2014

27

28
                                        1

| | | |
|---|---|---|
| 1 | DATED:  March 5, 2014 | /s/ Roger K. Litman |
| 2 | | ROGER K. LITMAN<br>Attorney for Defendant |
| 3 | | SENNA HWEIH |

DATED:  March 5, 2014         /s/ Roger Wilson
                              ROGER WILSON
                              Attorney for Defendant, ALI MOSARAH
                              This was agreed to by Mr.Wilson,
                              in person, on March 5, 2014

ORDER

IT IS SO ORDERED that the 4th Status Conference for both defendants is being continued from March 10, 2014 to June 23, 2014 at 1:00 PM before Judge McAuliffe.   Time is Excluded pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

IT IS SO ORDERED.

Dated:   **March 6, 2014**            /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE