1  ROGER K. LITMAN, 57634
   Attorney at Law
2  Civic Center Square
   2300 Tulare Street, Suite 230
3  Fresno, California  93721
   Telephone:     (559) 237-6000
4  Facsimile:     (559) 233-6044

5  Attorney for Defendant, SENNA HWEIH

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )    CASE NO.  1:13-cr-00103 AWI/BAM
                                )
11      Plaintiff,               )
                                )    STIPULATION AND
12      v.                       )    ORDER TO
                                )    MODIFY CONDITIONS OF
13 SENNA HWEIH,                  )    PRETRIAL RELEASE
                                )
14      Defendant                )
   _____)

15

16      The parties hereto, having conferred with, and obtained input from Ms. Hweih's assigned

17 pretrial services officer, Jacob Scott, stipulate and agree that the conditions of release ordered by

18 the court on June 23, 2014 be modified to permit Ms. Hweih to travel to the country of Jordan

19 with her children, Mahde Moussarah, Passport No. 482679690 and Lilyana Moussarah, Passport

20 No. 431448732 on July 9, 2014, and to return to the United States on August 6, 2014.

21      The clerk of the court is ordered to release to Ms. Hweih her United States Passport for

22 the purpose of allowing Ms. Hweih to travel to and from the country of Jordan.

23      Ms. Hweih, during her travel, is to adhere to all directives of her Pretrial Services Officer,

24 to obey all laws and to provide her Pretrial Services Officer the address and a contact telephone

25

26 number where she can be reached during her stay in the country of Jordan.

27      Upon her return to the United States, Ms. Hweih is to promptly report to pretrial services

28

                                         1

and surrender her Passport No. 431877599 to the Clerk of the United States District Court, Eastern District of California.

DATED:  June 23, 2014            /s/ Laurel Montoya
                                           LAUREL MONTOYA
                                           Assistant United States Attorney
                                           This was agreed to by Ms. Montoya
                                           via email on June 20, 2014

DATED:  June 23, 2014            /s/ Roger K. Litman
                                           ROGER K. LITMAN
                                           Attorney for Defendant
                                           SENNA HWEIH

**ORDER**

IT IS SO ORDERED.

   Dated:  **June 23, 2014**                         **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE