1  ROGER K. LITMAN, 57634
   Attorney at Law
2  Civic Center Square
   2300 Tulare Street, Suite 230
3  Fresno, California  93721
   Telephone:    (559) 237-6000
4  Facsimile:    (559) 233-6044

5  Attorney for Defendant, SENNA HWEIH

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                       EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, ) | CASE NO.  1:13-cr-00103 AWI/BAM
                              )
11 |     Plaintiff,           )
                              )   STIPULATION AND
12 | v.                       )   ORDER TO
                              )   ADVANCE STATUS CONFERENCE
13 | SENNA HWEIH,             )   AND INITIAL APPEARANCE ON
     ALI MOSARAH,             )   ALLEGED PRETRIAL RELEASE VIOLATION
14                            )
         Defendants           )
15 | _____ )

16     The parties hereto, by and through their respective attorneys, stipulate and agree that the

17 status conference currently calendared for December 22, 2014 at 1:00 p.m. be advanced to

18 December 10, 2014 at 1:00 p.m. before the Honorable Barbara A. McAuliffe.

19     The stipulation is appropriate due to the unavailability of counsel for Ms. Hweih on

20 December 22, 2014.  When the matter was calendared for December 22, 2014, Ms. Hweih was

21 out of the United States and a bench warrant for her arrest had been entered.  Based on these

22 circumstances, counsel for Ms. Hweih deferred review of supplemental discovery provided by the

23 government and arranged for Roger Wilson, counsel for co-defendant Ali Mosarah to stand in for

24 him.

25     Ms. Hweih recently returned to the United States, was arrested and released on her own

26 recognizance by the Northern District of Illinois.  The parties agree that the initial appearance on

the alleged violation of pretrial release presently calendared for December 22, 2014 at 1:30 p.m. in courtroom number 9 before Magistrate Judge Stanley A. Boone be advanced to December 10, 2014 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.

DATED: December 4, 2014   /s / Laurel Montoya
LAUREL MONTOYA
Assistant United States Attorney
This was agreed to by Ms. Montoya,
via email on December 4, 2014

DATED: December 4, 2014   /s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
SENNA HWEIH

DATED: December 4, 2014   /s/ Roger Wilson
ROGER WILSON
Attorney for Defendant, ALI MOSARAH
This was agreed to by Mr. Wilson,
in person on December 4, 2014

**ORDER**

IT IS SO ORDERED that the 6th Status Conference for both defendant's Senna Jaber Hweih (1) and Ali Nabil Mosarah (2) is ADVANCED from December 22, 2014 to December 10, 2014 at 1:00 PM before Judge McAuliffe in Courtroom 8.

IT IS FURTHER ORDERED that the Initial Appearance re Violation of PTS Release as to defendant Senna Jaber Hweih (1) is advanced from December 22, 2014 to December 10, 2014 at 1:00 PM before Judge McAuliffe.

IT IS SO ORDERED.

Dated: **December 4, 2014**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE