Annette T. Smurr, Esq., SBN: 138052
LAW OFFICE ANNETTE T. SMURR
2014 Tulare Street, Suite 528
Fresno, California 93721
Telephone: (559) 441-7100
Facsimile: (559) 441-7119

Attorney for Defendant, SENNA HWEIH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:13-CR-00103-AWI-BAM (001) |
| Plaintiff, | |
| vs. | WAIVER OF APPEARANCE; AND ORDER |
| SENNA JABER HWEIH, | |
| Defendant. | |

TO THE UNITED STATES DISTRICE COURT; UNITED STATES

ATTORNEY'S OFFICE, BY AND THROUGH ITS RESPRESENTATIVES:

Defendant, SENNA JABER HWEIH, by and through her attorney, ANNETTE T. SMURR, hereby applies to this Court for and Order waiving her appearance at the Status Conference currently scheduled for June 8, 2015 at 1:00 p.m. before the Honorable Magistrate Judge, Barbara A. McAuliffe.  This request is made because Defendant, SENNA JABER HWEIH, who is currently under the medical care of Yasser R. Mrad, M.D., has been placed on bed and pelvic rest by her physician until her approximate delivery date of July 8, 2015.

Ms. Hweih has maintained regular and routine contact with her counsel, and gives her counsel full authority to act on her behalf at the next hearing.  Ms. Hweih has discussed the

upcoming Status Conference with counsel and is satisfied that all relevant matters have been adequately reviewed and explained.

Lastly, Ms. Hweih's counsel has discussed this Waiver of Appearance with counsel for the Government, who had no objection.

It is hereby requested that Defendant, SENNA JABER HWEIH's appearance at the June 8, 2015 Status Conference be excused.

Respectfully submitted,

/s/ Annette T. Smurr,

Attorney for Defendant, SENNA HWEIH

--oOo—

## ORDER

Defendant, SENNA JABER HWEIH's request for a waiver of appearance came before this Court and based thereon, and for GOOD CAUSE shown, the COURT ORDERS AS FOLLOWS:

Defendant, SENNA JABER HWEIH, is hereby excused from appearing at the Status Conference currently scheduled June 8, 2015 at 1:00 p.m.

IT IS SO ORDERED.

Dated:  **June 5, 2015**          /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE