Annette T. Smurr, Esq., SBN: 138052
LAW OFFICE ANNETTE T. SMURR
2014 Tulare Street, Suite 528
Fresno, California 93721
Telephone: (559) 441-7100
Facsimile: (559) 441-7119

Attorney for Defendant, SENNA JABER HWEIH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SENNA JABER HWEIH,<br><br>Defendant. | CASE NO.: 1:13-CR-00103-AWI-BAM – (001)<br><br>WAIVER OF APPEARANCE; AND ORDER |

TO THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE, BY AND THROUGH ITS RESPRESENTATIVES:

Defendant, SENNA JABER HWEIH, by and through her attorney, ANNETTE T. SMURR, hereby applies to this Court for and Order waiving her appearance at the Status Conference currently scheduled for August 24, 2015 at 1:00 p.m. before the Honorable Magistrate Judge, Barbara A. McAuliffe. This request is made because counsel for Defendant, SENNA JABER HWEIH, requires additional time to review and analyze the voluminous discovery (40 CD's and 7,000 pages of documents) related this matter in order to explore a meaningful disposition of the case.

Therefore, in all likelihood, a further status hearing will be scheduled at the next hearing.

Ms. Hweih has maintained regular and routine contact with her counsel, and gives her counsel full authority to act on her behalf at the next hearing. Ms. Hweih has discussed the upcoming Status Conference with counsel and is satisfied that all relevant matters have been adequately reviewed and explained.

Lastly, Ms. Hweih's counsel has discussed this Waiver of Appearance with counsel for the Government, who had no objection.

It is hereby requested that Defendant, SENNA JABER HWEIH's appearance at the August 24, 2015 Status Conference be excused.

Respectfully submitted,

/s/ Annette T. Smurr,

Attorney for Defendant, SENNA HWEIH

--oOo—

ORDER

Defendant, SENNA JABER HWEIH's request for a waiver of appearance came before this Court and based thereon, and for GOOD CAUSE shown, the COURT ORDERS AS FOLLOWS:

Defendant, SENNA JABER HWEIH (1), is hereby excused from appearing at the 9th Status Conference currently scheduled August 24, 2015 at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **August 20, 2015**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE