BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CR-00103-AWI-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| SENNA HWEIH, and ALI MOSARAH, | |
| Defendants. | |

   WHEREAS, on January 15, 2016, the Court entered a Preliminary Order of Forfeiture, pursuant to the provision of 21 U.S.C. § 853(a), based upon the plea agreements entered into between plaintiff and defendants Senna Hweih and Ali Mosarah, forfeiting to the United States the following property:

   a. Approximately $1,165.00 of the $6,165.00 in U.S. Currency, plus all accrued interest on the total amount seized, and

   b. Approximately $8,982.00 in U.S. Currency.

   AND WHEREAS, beginning on February 17, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

   AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject

property, and the time for any person or entity to file a claim has expired;

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a) to be disposed of according to law, including all right, title, and interest of Senna Hweih and Ali Mosarah:

    a. Approximately $1,165.00 of the $6,165.00 in U.S. Currency, plus all accrued interest on the total amount seized, and

    b. Approximately $8,982.00 in U.S. Currency.

2. Upon entry of a Final Order of Forfeiture, but not later than sixty (60) days thereafter, $5,000.00 of the $6,165.00 in U.S. Currency shall be returned to defendant Ali Mosarah, through his attorney of record, Roger Wilson.

3. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

4. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   April 28, 2016                                      _____
                                                    SENIOR  DISTRICT  JUDGE