1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              Case No.  1:13-cr-00103-DAD-BAM-1

12              Plaintiff,

13         v.                                ORDER OF RELEASE

14    SENNA JABER HWEIH,

15              Defendant.

16

17         The above named defendant having been sentenced on April 24, 2017, to continued

18    supervision under the same terms and conditions of supervised release,

19         IT IS HEREBY ORDERED that the defendant shall be released from custody the morning

20    of Tuesday, April 25, 2017.  The defendant shall report directly to the probation office to

21    Probation Officer Rick Tarazon upon her release.  A judgment and commitment order will follow.

22    IT IS SO ORDERED.

23      Dated:   **April 24, 2017**        _____

24                                         UNITED STATES DISTRICT JUDGE

25

26

27

28

                                         1